IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE ELLEN WARTLUFT f/k/a JULIE ELLEN BARTELS and FREDERICK BARELS, JR., Individually and as Administrators of the Estate of Abrielle Kira Bartels, deceased,<br>     Plaintiffs,<br><br>v.<br><br>THE MILTON HERSHEY SCHOOL AND SCHOOL TRUST, THE MILTON HERSHEY SCHOOL TRUST, THE BOARD OF MANAGERS OF THE MILTON HERSHEY SCHOOL, and THE HERHSEY TRUST COMPANY, AS TRUSTEE OF THE MILTON HERSHEY SCHOOL TRUST,<br>     Defendants. | CIVIL ACTION<br>NO. 16-3594 |

## ORDER

AND NOW, this 21st day of September, 2016, upon consideration of Defendants' Motion to Transfer Venue, (Dkt No. 11), Plaintiffs' Response, (Dkt No. 13), and Defendants' Motion to File a Reply Brief, (Dkt No. 14), and the proposed Reply Memorandum, (Dkt No. 14, Ex. A), it is hereby ORDERED that:

1. Defendants' Motion to File a Reply Brief, (Dkt No. 14), is GRANTED. The Reply Brief filed attached as Exhibit A to Docket Number 14 is deemed filed.

2. Defendants' Motion to Transfer Venue, (Dkt No. 11), is GRANTED. Civil Action Number 2:16-cv-03594 is TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA.

         BY THE COURT:

         /s/ C. Darnell Jones, II

         _____

         C. Darnell Jones, II  J.